DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JUSTIN JAY GRAYER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0594

_____

October 17, 2025

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.